**ARTHUR MORRISON**
**ATTORNEY AT LAW**
**11 SKYLINE DRIVE**
**HAWTHORNE, NEW YORK 10532**
**(TEL) 914-592-8282     (Fax) 914-592-3482**

March 17, 2012

Hon. Arthur D .Spatt,
United States District Judge
United States District Court
Eastern District of New York,
Long Island Courthouse,
100 Federal Plaza
Central Islip, NY 11722-4438

Re: Genometrica Research Inc., v. Boris Gorbovitski, Vera Gorbovitski
a/k/a Vera Gorfinkel, and Advanced Biomedical Machines, Inc.
USDC:EDNY Case Cv-11-5802 (ADS)(AKT)

Dear Judge Spatt:

This will serve as defendant's opposition to the letter Application of the plaintiffs for a further extension,  duplicative of an Application previously requested and denied in writing by Your Honor with the clear notation that no further applications for an extension would be granted.
**Relevant Background**
Respective Counsel appeared for Joint Pretrial Procedures before Magistrate Judge Tomlinson on March 9th.  Plaintiff's' accelerated Discovery Demands were authorized by the Magistrate Judge to permit plaintiff to oppose the motion to dismiss under Fed. R. Civ. P. 12(b) (6); they have been received and will be timely and completely responded to by counsel within the deadlines provided by Judge Tomlinson on March 9th

It can be concluded, that both sides appeared before Magistrate Tomlinson to complete all procedures to allow. Plaintiff to oppose a pending motion to dismiss under Fed. R. Civ. P. 12(b) (6). Rather than comply with Magistrate Tomlinson's May 9th Scheduling Order, plaintiffs' counsel writes Judge Spatt once again for an extension knowing the same request was previously denied and clearly duplicative of the prior Application.

**Argument**
It is abundantly clear that plaintiff does not wish to deal with the core issue raised
In the Fed. R. Civ. P. 12(b) (6) dismissal motion that the Court lacks subject matter jurisdiction of the claims asserted. Of the sixteen (16) claims, thirteen are clearly enumerated (4th through 16th) by plaintiff as nonfederal and solely state based. The three remaining, the First, Second and Third Claims allege Trade Mark Violations, when in fact no evidence is presented in the complaint of the existence of any alleged trade-marks. .

Hon. Arthur D .Spatt,  March 17, 2012
United States District Judge  Page Two

**Conclusion**

Both parties appeared for Joint Pretrial Procedures before Magistrate Judge Tomlinson on March 9th.

Plaintiff sought and obtained from Judge Tomlinson on March 9th permission to serve "Accelerated Discovery Demands" to oppose the motion to dismiss under Fed. R. Civ. P. 12(b) (6). Plaintiff served those "Accelerated Discovery Demands". They will be timely and completely responded to by defendants' counsel within the deadlines provided by Judge Tomlinson on March 9th

Seeking a second extension after the March 9th's extensive Discovery Hearing, after the request and granting to plaintiff of an "Accelerated Discovery Demands" to oppose the motion to dismiss under Fed. R. Civ. P. 12(b) (6) is a tacit admission that plaintiff'did not proceed in good faith before Magistrate Judge on March 9th.

Seeking to by pass opposing the motion to dismiss under Fed. R. Civ. P. 12(b) (6) is a further admission that this complaint as pleaded and when filed in December, 2011 should not have been brought in federal court in the first place acknowledging the claims are state based

A request for further delay sought by the plaintiff is highly prejudicial.

Respectfully submitted,

ARTHUR MORRISON,
Attorney for Defendants (AM 5678)


/s/ William V. Rapp,
WILLIAM V.RAPP, ESQ.
Attorney for Defendants
85 River Road
Scarborough, New York 10510
Tel: 914-945-0630 Fax #914-923-1416
E-Mail wrapp@law.pace.edu

Case 2:11-cv-05802-PKC-AKT   Document 18   Filed 03/19/12   Page 3 of 7 PageID #: 329
Case 2:11-cv-05802-ADS-AKT   Document 17   Filed 03/16/12   Page 5 of 15 PageID #: 316
Case 2:11-cv-05802-ADS-AKT   Document 10   Filed 02/02/12   Page 1 of 2 PageID #: 245
Case 2:11-cv-05802-ADS-AKT   Document 9   Filed 02/01/12   Page 1 of 3 PageID #: 233




# INTELLECTULAW
## LAW OFFICES OF P.B. TUFARIELLO, P.C.
### ATTORNEYS AT LAW

**P. BETTY TUFARIELLO**
betty@intellectulaw.com
24yellow@optonline.net
info@intellectulaw.com

25 LITTLE HARBOR ROAD • MT. SINAI, NEW YORK 11766
TELEPHONE 631-476-8734 • FAX 631-476-8737

SPECIALIZING IN
PATENTS, TRADEMARKS,
COPYRIGHTS, AND ALL
MATTERS RELATED
THERETO

February 1, 2012

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 02 2012 ★

LONG ISLAND OFFICE

**VIA ECF**

Hon. Arthur D. Spatt
United States District Judge
P.O Box 9014
Central Islip, NY 11722-9014

        Re:   GENOMETRICA RESEARCH, INC.
              v. GORBOVITSKY, et al.
              Case No.: 11-CV-5802(ADS)(AKT)
              Our File No.: 7375-G

Honorable Judge Spatt:

    We represent Plaintiff Genometrica Research Inc. (hereinafter "Genometrica") in connection with the matter referenced herein above. We write to request a sixty (60)-day extension of time for Genometrica to file its Opposition to Defendants' Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) (Court Doc. No. 7). The requested extension will move Genometrica's deadline to file its opposition papers from February 2, 2012 to April 3, 2012.

    This is Genometrica's First Request for a Continuance in connection with Defendants' Motion to Dismiss.

    Defendant's Motion raises a number of complex issues. Further, Genometrica's response to the motion may necessitate, among other things, affidavits by Genometrica's officers, who are currently outside the United States, and an Amended Complaint. The Amended Complaint itself will likely contain new complex issues, additional facts, and additional causes of action. While we have already begun discussions with Genometrica's officers regarding many of the issues that Defendants raised in their motion, we will be unable to finalize any affidavits, or come to an understanding about additional causes of action, until Genometrica's officers are back in the United States. We expect that Genometrica's officers, who are foreign nationals, will arrive back in the United States, some time within the next 30 days.

    Pursuant to the Fed. Rules of Civil Procedure, the Local Rules of the Eastern District of New York and your Honor's Individual Rules, we have been discussing all of the foregoing with Defendants' counsel Mr. Rapp and Mr. Morrison since January 24, 2012. Annexed hereto are copies of e-mails we have exchanged with counsel together with our proposed stipulation for the continuance. Notwithstanding our numerous attempts, the most recent of which was earlier today,

Case 2:11-cv-05802-PKC-AKT   Document 18   Filed 03/19/12   Page 4 of 7 PageID #: 330
Case 2:11-cv-05802-ADS-AKT   Document 17   Filed 03/16/12   Page 6 of 15 PageID #: 317
Case 2:11-cv-05802-ADS-AKT   Document 10   Filed 02/02/12   Page 2 of 2 PageID #: 246
Case 2:11-cv-05802-ADS-AKT   Document 9   Filed 02/01/12   Page 2 of 3 PageID #: 234

INTELLECTULAW
THE LAW OFFICES OF P.B. TUFARIELLO, P.C.

Hon. Arthur D. Spatt
U.S.D.J. - E.D.N.Y.
February 1, 2012
Page 2

Defendants continue to refuse, without reason, the requested professional courtesy of an extension. Their continued refusal has necessitated this letter request.

We respectfully ask that the Court grant this request for an extension.

Your Honor's patience and professional courtesies are greatly appreciated.

Respectfully submitted,

*Panagiota Betty Tufariello*
Panagiota Betty Tufariello

PBT:ic

c.c.   Robert Kenney
       Hofheimer Gartlir & Gross LLP
       530 Fifth Avenue
       New York, New York 10036
       (212) 897-6919 Direct phone
       (212) 897-6933 Direct fax
       (212) 818-9000 Phone
       (212) 869-4930 Fax
       rkenney@hgg.com

---

The Plaintiff's request for an extension to file its opposition to the Defendants' motion to dismiss is granted until April 2, 2012. No further extensions will be granted. So Ordered.

/s/ ARTHUR D. SPATT
Arthur D. Spatt, U.S.D.J.   2/2/12

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.

**Service List annexed**

MAGISTRATE JUDGE
A. KATHLEEN TOMLINSON
100 Federal Plaza, Courtroom 910
Central Islip, NY 11722-9014
Chambers: (631) 712-5760 Fax: (631) 712-5766


Hofheimer, Gartlir and Gross, LLP
Attorneys for Plaintiff
530 5th Avenue, 9th Floor
New York, New York 10036
Telephone: 646-217-4070
Telecopier: 212-869-4930 ✓


Law Offices of P. B. Tufariello, PC
Attorney for Plaintiff
25 Little Harbor Rd.
Mt. Sinai, New York 11766
Telephone: 631-476-8734
F 631-476-8737

```
TRANSMISSION VERIFICATION REPORT

                              TIME  : 03/18/2012 18:05
                              NAME  : FEDEX OFFICE:0980
                              FAX   : 2129492540
                              TEL   : 2129492534
                              SER.# : 000C8N449478

DATE,TIME            03/18 18:04
FAX NO./NAME         16314768737
DURATION             00:01:22
PAGE(S)              04
RESULT               OK
MODE                 STANDARD
                     ECM
```

Case 2:11-cv-05802-ADS-AKT   Document 17   Filed 03/16/12   Page 5 of 15 PageID #: 316
Case 2:11-cv-05802-ADS-AKT   Document 10   Filed 02/02/12   Page 1 of 2 PageID #: 245
Case 2:11-cv-05802-ADS-AKT   Document 9   Filed 02/01/12   Page 1 of 3 PageID #: 233



# INTELLECTULAW
## LAW OFFICES OF P.B. TUFARIELLO, P.C.
### *ATTORNEYS AT LAW*

BETTY TUFARIELLO

25 LITTLE HARBOR ROAD • MT. SINAI, NEW YORK 11766
TELEPHONE 631-476-8734 • FAX 631-476-8737

SPECIALIZING IN
PATENTS, TRADEMARKS,
COPYRIGHTS, AND ALL
MATTERS RELATED
THERETO

February 1, 2012

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 02 2012 ★

LONG ISLAND OFFICE

**VIA ECF**

Hon. Arthur D. Spatt
United States District Judge
P.O Box 9014
Central Islip, NY 11722-9014

Re: GENOMETRICA RESEARCH, INC.
v. GORBOVITSKY, et al.
Case No.: 11-CV-5802(ADS)(AKT)
Our File No.: 7375-G

Honorable Judge Spatt:

We represent Plaintiff Genometrica Research Inc. (hereinafter "Genometrica") in connection with the matter referenced herein above. We write to request a sixty (60)-day extension of time for Genometrica to file its Opposition to Defendants' Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) (Court Doc. No. 7). The requested extension will move Genometrica's deadline to file its opposition papers from February 2, 2012 to April 3, 2012.

This is Genometrica's First Request for a Continuance in connection with Defendants' Motion to Dismiss.

```
TRANSMISSION VERIFICATION REPORT

                              TIME  : 03/18/2012 18:08
                              NAME  : FEDEX OFFICE:0980
                              FAX   : 2129492540
                              TEL   : 2129492534
                              SER.# : 000C8N449478

DATE,TIME            03/18 18:06
FAX NO./NAME         2128694930
DURATION             00:01:21
PAGE(S)              04
RESULT               OK
MODE                 STANDARD
                     ECM
```

# ARTHUR MORRISON
## ATTORNEY AT LAW
### 11 SKYLINE DRIVE
### HAWTHORNE, NEW YORK 10532
(TEL) 914-592-8282    (Fax) 914-592-3482

Mar. 17, 2012

Hon. Arthur D. Spatt,
United States District Judge
United States District Court
Eastern District of New York,
Long Island Courthouse,
100 Federal Plaza
Central Islip, NY 11722-4438

Re: Genometrica Research Inc., v. Boris Gorbovitski, Vera Gorbovitski
a/k/a Vera Gorfinkel, and Advanced Biomedical Machines, Inc.
USDC:EDNY Case Cv-11-5802 (ADS)(AKT)

Dear Judge Spatt:

This will serve as defendant's opposition to the letter Application of the plaintiffs for a further extension, duplicative of an Application previously requested and denied in writing by Your Honor with the clear notation that no further applications for an extension would be granted.

**Relevant Background**
Respective Counsel appeared for Joint Pretrial Procedures before Magistrate Judge Tomlinson on March 9th. Plaintiff's' accelerated Discovery Demands were authorized by the Magistrate Judge to permit plaintiff to oppose the motion to dismiss under Fed. R. Civ. P. 12(b)(6); they have been received and will be timely and completely responded to by counsel within the deadlines provided by Judge Tomlinson on March 9th