# ARTHUR MORRISON
## ATTORNEY AT LAW
## 11 SKYLINE DRIVE
## HAWTHORNE, NEW YORK 10532
## (TEL) 914-592-8282    (Fax) 914-592-3482

August 3, 2012

MAGISTRATE JUDGE
A. KATHLEEN TOMLINSON
100 Federal Plaza, Courtroom 910
Central Islip, NY 11722-9014
Chambers: (631) 712-5760 Fax: (631) 712-5766

Re: Genometrica Research Inc. et ano v. Boris Gorbovitski, Vera Gorbovitski
a/k/a Vera Gorfinkel, and Advanced Biomedical Machines, Inc.
USDC:EDNY Case Cv-11-5802 (ADS)(AKT)

Dear Judge Tomlinson:

This letter will serve as a request for an extension of time to comply with Discovery for three weeks beyond August 28th. In accordance with Your Honor's Rule 1D, this is the first request beyond August 28th. Adversary counsel will simultaneously receive a fax transmission of this request. There is more than 48 hours notice.

May I respectfully inform the Court of the reason for this extension is a death in the family, the sudden passing of my second son Theodore P. Morrison at age 42 on July 9th. This has impacted on all scheduling in my law practice beginning in the  month of July, 2012 and continuing to the present time.

During July, there were funeral arrangements plus a memorial service at the Lincoln Square Synagogue on July 22nd presided over by Rabbi Robinson. Many people are involved who must all be comforted continuing into the month of August.

I had originally planned to utilize July to complete the Discovery responses but sudden family obligations interceded which still continue.

Under these trying circumstances, on notice to plaintiff's counsel, I anticipate that the Discovery will be completed within three weeks of August 28th.

Respectfully submitted,

Arthur Morrison (AM5678)

**Service List annexed**

Hon. Arthur D. Spatt,
United States District Judge
United States District Court
Eastern District of New York,
Long Island Courthouse,
100 Federal Plaza
Central Islip, NY 11722-4438


Hofheimer, Gartlir and Gross, LLP
Attorneys for Plaintiff
530 5th Avenue, 9th Floor
New York, New York 10036
Telephone: 646-217-4070
**Telecopier: 212-869-4930**


Law Offices of P. B. Tufariello, PC
Attorney for Plaintiff
25 Little Harbor Rd.
Mt. Sinai, New York 11766
Telephone: 631-476-8734
**Fax: (631) 476-8737**

## DECLARATION OF SERVICE.

State of New York          )
                           )ss:
County of Westchester      )

      Arthur Morrison, attorney at law, declares the following to be true under the penalty perjury:

1. He is over the age of 21 years.
2. On August 3, 2012 by first class mail, with prepaid postage, he served a copy of the within

      Letter for an Extension for three weeks due to death in family:

Hofheimer, Gartlir and Gross, LLP
530 5th Avenue
New York, New York 10036


Law offices of P.B.Tufariello, PC
25 Little Harbor Rd.
Mt. Sinai, New York 11766


Dated: Hawthorne, New York
August 3, 2012

                        _____
                            Arthur Morrison (AM5678)
                            Attorney for Defendants