

# INTELLECTULAW
# LAW OFFICES OF P.B. TUFARIELLO, P.C.
### ATTORNEYS AT LAW

P. BETTY TUFARIELLO
betty@intellectulaw.com
24yellow@optonline.net
info@intellectulaw.com

25 LITTLE HARBOR ROAD • MT. SINAI, NEW YORK 11766
TELEPHONE 631-476-8734 • FAX 631-476-8737

SPECIALIZING IN
PATENTS, TRADEMARKS,
COPYRIGHTS, AND ALL
MATTERS RELATED
THERETO

December 9, 2013

**VIA ECF**

Hon. A. Kathleen Tomlinson
United States Magistrate Judge
100 Federal Plaza
P.O Box 9014
Central Islip, NY 11722-9014

      Re: GENOMETRICA RESEARCH, INC. v. GORBOVITSKY, et al.
         Case No.: 11-CV-5802(ADS)(AKT); Our File No.: 7375-G

Your Honor:

   We, together with Blank Rome and Hofheimer Gartlir & Gross, represent the Plaintiff Genometrica Research, Inc. (hereinafter "Genometrica") in the matter referenced above.

   We do not object to Defendants' motion to adjourn the status conference scheduled for December 12, 2013, and are available on the future dates in January 2014 suggested by Defendants. *See* Doc. No. 84.

   In addition, we request an adjournment to file the list of outstanding discovery deficiencies from today's date to a date before the rescheduled status conference. Given that Defendants are attempting to obtain documents responsive to Plaintiff's demands, we believe it would be more productive to delay this filing instead of burdening the Court with the dispute at this time. We also request that Defendants be directed to provide Plaintiff with an update on its efforts to obtain the responsive documents no less than one week before the list of outstanding discovery deficiencies are due to be filed, so that we may work to narrow the issues for the Court.

            Respectfully submitted,

            Panagiota Betty Tufariello

cc  Robert Kenney, Esq.
   Nicholas Malito, Esq.

INTELLECTULAW
THE LAW OFFICES OF P.B. TUFARIELLO, P.C.

Hon. A. Kathleen Tomlinson
U.S.M.J. - E.D.N.Y.
December 9, 2013
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **December 9, 2013 LETTER TO HON. TOMLINSON** has been filed via ECF, a notice of which will be sent by operation of the Court's electronic filing system to all parties, and has also been served to counsel for Defendants via Electronic Mail, addressed to:

Arthur Morrison, Esq.
11 Skyline Drive
Hawthorne, NY 10532
E-mail: akatz@xand.com

William V. Rapp, Esq.
85 River Road
Scarborough, NY 10510
E-mail: wrapp@law.pace.edu

Gregory Koerner, Esq.
Koerner Law Firm
111 John Street, Suite 230
New York, NY 10038
E-mail: gkoerner@koerner-associates.com

on December 9, 2013

_____
Panagiota Betty Tufariello, Esq.