UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GENOMETRICA RESEARCH, INC.,

                            Plaintiff,

                 - against -

BORIS GORBOVITSKI, VERA GORBOVITSKI,
ADVANCED BIOMEDICAL MACHINES, INC.,

                           Defendants.
-----------------------------------------------------------X

**ORDER**

CV 11-5802 (PKC) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

       The Court is in receipt of the parties' letters.  DE 111, 113, 114.  Notwithstanding the plaintiff's understandable frustration, the Court in its discretion will agree to the time frame requested by defendants' counsel.  Accordingly, defendants are directed to either withdraw their disqualification motion or serve their opposition to plaintiff's motion for sanctions by July 23, 2014.  Plaintiff may serve reply papers, and all papers shall be filed with the Court by August 1, 2014.  The Court is putting defendants' counsel on notice that in light of prior submissions by defendants in this case, the July 23, 2014 deadline will not be extended by one day under any circumstances.   If defendants have not responded to plaintiff's motion by July 23, 2014, the Court will decide the motion based on plaintiff's papers alone.

                                                                         **SO ORDERED.**

Dated: Central Islip, New York
          June 30, 2014

                                                       /s/ A. Kathleen Tomlinson
                                                       A. KATHLEEN TOMLINSON
                                                       U.S. Magistrate Judge