UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENOMETRICA RESEARCH, INC., *et ano*,<br><br>       Plaintiffs,<br><br> -against-<br><br>GORBOVITSKI, *et al*,<br><br>       Defendants. | 11-CV-05802(PKC)(AKT) |
| GORFINKEL, *et al*,<br><br>       Plaintiffs,<br><br> -against-<br><br>VAYNTRUB, *et al*,<br><br>       Defendants. | 13-CV-03093(PKC)(AKT) |

**NOTICE OF APPEARANCE**

TO: The Clerk of the Court and all parties of record:

 I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Vera Gorfinkel, Boris Gorbovitski, and Advanced Biomedical Machines, Inc.

Date: August 12, 2014

                KENNEDY BERG LLP

                _____
                James W. Kennedy
                401 Broadway – Suite 1900
                New York, NY 10013
                jkennedy@kennedyberg.com
                Tel: (212) 899-3400
                Fax: (212) 899-3401