## SCHEDULE C

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENOMETRICA RESEARCH INC., and THE RESEARCH FOUNDATION OF THE STATE UNIVERSITY OF NEW YORK (in accordance with Article VII of its Exclusive License Agreement dated as of July 1, 1999 with GENOMETRICA RESEARCH INC.), <br><br> Plaintiffs, <br><br> -against- <br><br> BORIS GORBOVITSKI, VERA GORBOVITSKI a/k/a VERA GORFINKEL, and ADVANCED BIOMEDICAL MACHINES INC., <br><br> Defendants. | ECF CASE <br><br> Case No. 11-cv-05802 (PKC) (AKT) <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED**, by and between counsel for Plaintiff GENOMETRICA

RESEARCH INC., and THE RESEARCH FOUNDATION OF THE STATE UNIVERSITY OF

NEW YORK (in accordance with Article VII of its Exclusive License Agreement dated as of

July 1, 1999 with GENOMETRICA RESEARCH INC.), ("Plaintiff") and Defendants BORIS

GORBOVITSKI, VERA GORBOVITSKI a/k/a VERA GORFINKEL, and ADVANCED

BIOMEDICAL MACHINES INC. ("Defendants"), that the above-entitled action, which has

been settled between Plaintiff and Defendants, be dismissed, pursuant to Rule 41(a) of the

Federal Rules of Civil Procedure, against Defendants, with prejudice but without costs, and that

any and all of Defendants' counterclaims against Plaintiff, be dismissed, pursuant to Rule 41(c)

of the Federal Rules of Civil Procedure, with prejudice but without costs.

**SCHEDULE C**

**IT IS FURTHER STIPULATED AND AGREED** by and between the undersigned that

this Stipulation may be executed in counterparts and facsimile signatures are acceptable as

original signatures.

Dated: April 27, 2015

BLANK ROME LLP

By: _____
Robert J. Kenney Jr.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
*Attorneys for Plaintiff*

**SO ORDERED:**

_____
Pamela K. Chen, U.S.D.J.

FRANKFURT KURNIT KLEIN
& SELZ, P.C.

By: _____
Nicole I. Hyland
Jeremy S. Goldman
488 Madison Avenue
New York, New York 10022
(212) 980-0120
*Attorneys for Defendants*

Dated: New York, New York
April ___, 2015

2